## JOHN ROBINSON v. ELIZABETH ROBINSON and MASON ABBOT

Court of Chancery. Sussex. July, 1822.